UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:25-cv-12696

MARWA KHUDAYNAZAR,

    Plaintiff,

v.

CITY OF BOSTON, MICHELLE WU, and LUKE PAYNE,

    Defendants.

**NOTICE OF MANUAL FILING WITH CLERK'S OFFICE PURSUANT TO OFFICER PAYNE'S LEAVE TO FILE GRANTED NOVEMBER 6, 2025**

Notice is hereby given that the exhibits listed below have been manually filed with the Court pursuant to the Defendant, Officer Luke Payne's, Leave to File granted on November 6, 2025[1]:

1. Exhibit A: (Extraction_1.1) ARREST-_79_HUDSON_ST

2. Exhibit B: (Extraction_1.1) 79_Hudson_st

Date: November 7, 2025

---

[1] See ECF No. 22.

1

Respectfully submitted,

**DEFENDANT,
OFFICER LUKE PAYNE**

By his attorneys:

ADAM CEDERBAUM
Corporation Counsel


<u>*/s/ Nicole E. Gemba*</u>
Adam D. Johnson (BBO# 679142)
Nicole E. Gemba (BBO#707216)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4097 (ADJ)
(617) 635-4048 (NEG)
adam.johnson@boston.gov
nicole.gemba@boston.gov

2