UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:25-cv-12696-ADB

MARWA KHUDAYNAZAR,
*Plaintiff*

v.

CITY OF BOSTON, MICHELLE WU, and LUKE PAYNE
*Defendants*

PLAINTIFF'S ASSENTED-TO
MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS'
MOTIONS TO DISMISS

Plaintiff Marwa Khudaynazar (Plaintiff), under Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7.1, hereby respectfully motions this Court for an extension of time to file her oppositions to all motions to dismiss of the Defendants, City of Boston, Michelle Wu, and Luke Payne (Defendants).

Plaintiff respectfully requests that such time be extended by 11 days, from Thursday, November 20, 2025, to the extended date of Monday, December 1, 2025. As grounds therefore, good cause exists because of the following.

1. Defendants assent to this motion.
2. Defendants filed their respective motions to dismiss on November 6, 2025. Since then, Plaintiff's counsel has been overburdened by work due in other pending matters. Further, Plaintiff's counsel has been battling a cold that has hampered his ability to respond to Defendants' motions.
3. No party will be prejudiced by allowance of this motion.

4. Plaintiff's counsel does *not* file abusive requests for extensions, and this one is no exception.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court allow this here motion.

Respectfully submitted,

/s/ Lucas Newbill
Lucas Newbill, BBO No. 697176
Law Offices of Lucas Newbill
30 Eastbrook Rd., Ste. 201
Dedham, Massachusetts 02026
Tel. 617-918-7567
lucas@lucasnewbill.com

Dated: November 17, 2025

CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that I have conferred with opposing counsel, who assent to this motion.

/s/ Lucas Newbill
Lucas Newbill, BBO No. 697176

CERTIFICATE OF SERVICE

I hereby certify that this document was filed this day through the court's electronic case filing system (ECF) and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

/s/ Lucas Newbill
Lucas Newbill, BBO No. 697176

Dated: November 17, 2025