UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:25-cv-12696-ADB

MARWA KHUDAYNAZAR,
*Plaintiff*

v.

CITY OF BOSTON, MICHELLE WU, and LUKE PAYNE
*Defendants*

PLAINTIFF'S MOTION FOR RECONSIDERATION
OF THE COURT'S SEALING OF BODY CAMERA FOOTAGE

Plaintiff Marwa Khudaynazar (Plaintiff), under *Fernandez-Vargas v. Pfizer*, 522 F.3d 55, 61 n.2 (1st Cir. 2008) ("[w]hile the Federal Rules do not provide for a 'motion to reconsider,' a district court has the inherent power to reconsider its interlocutory orders, and we encourage it to do so where error is apparent"), hereby respectfully requests this Court to reconsider and reverse its Nov. 6, 2025 order; (Doc. No. 22); granting defendant Officer Luke Payne's motion to file body camera footage under seal filed that same day; (Doc. No. 16). In support thereof, Plaintiff refers to her accompanying supporting memorandum.

        Respectfully submitted,

        */s/ Lucas Newbill*
        Lucas Newbill, BBO No. 697176
        Law Offices of Lucas Newbill
        30 Eastbrook Rd., Ste. 201
        Dedham, Massachusetts 02026
        Tel. 617-918-7567
        lucas@lucasnewbill.com

Dated: November 19, 2025

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

    I hereby certify that a conference pursuant to LR 7.1 conference with counsel for the defendants, Nicole Gemba and Adam Johnson, was held in good faith on November 17, 2025. Counsel were unable to resolve the matters set forth here.

        */s/ Lucas Newbill*
        Lucas Newbill, BBO No. 697176

## CERTIFICATE OF SERVICE

    I hereby certify that this document was filed this day through the court's electronic case filing system (ECF) and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

        */s/ Lucas Newbill*
        Lucas Newbill, BBO No. 697176

Dated: November 19, 2025