*SU\S7IJNGGO!UNa^HIISC?!
!

W+W2H:5#+2P)?C$""2    2        2        2

@N7AU!#SLaHGG?!;;,!#[!!9:i2i9!
@AL!,JJH7SU![J!@N7AU!#SLaHGG!
TV!&AUIaK[[d!*Cl?!(IS!!4V2!
'SCMA^?!.AUUA7MNUSIIU!V4V49!
%SGi!92i6:2W6i59i!
GN7AU r GN7AUBSLaHGGl7[^!    !
!        !

'AISC3!#[8S^aSK!2:?!4V45!
!
!
!

                    !
                    !
        +&*%$-$+)%&!,-!(&*1$+&!
!

    $!MSKSaO!7SKIHJO!IMAI!IMHU!C[7N^SBI!LAU!JHGSC!IMHU!CAO!IMK[N_M!IMS!7[NKIEU!SGS7IK[BH7!7AUS!
JHGHB_!UOUIS^!Q&+-R!ABC!LHGG!IMSKSJ[KS!aS!USBI!SGS7IK[BH7AGGO!I[!IMS!KS_HUISKSC!\AKIH7H\ABIU!AU!
HCSBIHJHJHSC![B!IMS!#[IH7S![J!&@S7IKH7!-HGHB_!Q##&-R!ABC!\A\SK!7[\HSU!LHGG!aS!USBI!IMHU!CAO!I[[!IM[US!
\AKIH7H\ABIU!HBCH7AISC!AU!B[B6KS_HUISKSC!\AKIH7H\ABIU!!

    !        !        !        !
    !        !        !        !        !    W+W2H:5#+2P)?C$""2    2        2        2        2        2222222222222222222222222222222222222
    !        !        !        !        !    @N7AU!#SLaHGG?!;;,!#[!!9:i2i9!

'AISC3!#[8S^aSK!2:?!4V45!
        !