UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:25-cv-12696-ADB

MARWA KHUDAYNAZAR,
*Plaintiff*

v.

CITY OF BOSTON, MICHELLE WU, and LUKE PAYNE
*Defendants*

AFFIDAVIT OF KHUDAYNAZAR IN SUPPORT OF
HER MOTION FOR RECONSIDERATION
OF THE COURT'S SEALING OF BODY CAMERA FOOTAGE

I, Marwa Khudaynazar, do hereby depose and state that I never punched Officer Cris Santana. I have witnessed the video and it does *not* show me punching her. Because of this false allegation, I have been shunned by friends and society because the public believes that I punched a Boston Police Department officer. I did not.

Signed under the penalties of perjury on the below date.

Date: Nov 19, 2025

*Marwa Khudaynazar*
Marwa Khudaynazar (Nov 19, 2025 15:16:56 EST)
Marwa Khudaynazar