UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARWA KHUDAYNAZAR,<br>    Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, MICHELLE WU, and LUKE PAYNE,<br>    Defendants. | C.A. No.   1:25-cv-12696-ADB |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY IN
FURTHER SUPPORT OF THEIR MOTIONS TO DISMISS**

The City of Boston, Mayor Michelle Wu, and Officer Luke Payne (collectively the "Defendants") respectfully move, pursuant to Fed. R. Civ. P. 12 and Local Rule 7.1(b)(3), for leave to submit a single reply memorandum in further support of their Motions to Dismiss and accompanying memoranda. In support of this motion, the City Defendants state as follows:

1. The Plaintiff filed an opposition to the Defendants' Motion to Dismiss on December 1, 2025. (Doc. No. 30).

2. The Defendants expect that their Reply will briefly respond to a small number of arguments raised in the Plaintiff's Opposition: the Plaintiff's misinterpretation of Bowman v Monteiro, an improper merger of her defamation and invasion of privacy claims, and a misstatement of certain facts related to the body-worn camera footage.

3. While the Defendants do not wish to cause any undue delay, the holiday season and scheduling requires the Defendants to seek a longer time period to file a reply brief than it would normally request; until **January 9, 2026**.

**WHEREFORE**, for the reasons stated above, the Defendants respectfully request that this Court grant their motion and permit them to file a very brief reply memorandum on or before **January 9, 2026.**.

Date:  December 12, 2025

                    Respectfully submitted,

                    **DEFENDANT,**
                    **CITY OF BOSTON, MAYOR WU, AND**
                    **OFFICER PAYNE**

                    By their attorneys:

                    ADAM CEDERBAUM
                    Corporation Counsel

                    */s/ Adam D. Johnson*
                    Adam D. Johnson (BBO#679142)
                    Nicole E. Gemba (BBO#707216)
                    Assistant Corporation Counsel
                    City of Boston Law Department
                    City Hall, Room 615
                    Boston, MA 02201
                    (617) 635-4097 (ADJ)
                    (617) 635-4048 (NEG)
                    adam.johnson@boston.gov
                    nicole.gemba@boston.gov

## Certificate of Service

I certify that on December 12, 2025, a true and correct copy of this document filed through the ECF system will be sent by email to counsel for the plaintiff, Lucas Newbill.

*/s/ Adam Johnson*

## Local Rule 7.1(a)(2) Certification

I certify that on December 11, 2025, I conferred with counsel for the Plaintiff in accordance with Local Rule 7.1(A)(2) in connection with this motion. The parties were unable to agree.

*/s/ Adam Johnson*