UNITED STATES DISTRICT COURT F
OR THE DISTRICT OF MASSACHUSETTS

C.A. No. 1:25-cv-12696-ADB

| |
|---|
| **MARWA KHUDAYNAZAR**<br><br>    **Plaintiff,**<br>**v.**<br><br>**CITY OF BOSTON, MICHELLE WU, and LUKE PAYNE,**<br><br>    **Defendants.** |

### JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER

In response to the Court's order of December 11, 2025 (Doc. No. 31), Plaintiff, Marwa Khudaynazar (the "Plaintiff"), and Defendants, City of Boston (the "City"), Michelle Wu ("Mayor Wu"), and Luke Payne ("Officer Payne") (collectively, the "Parties") jointly provide the following update:

1. The City has now fully complied with the Plaintiff's public records request (Doc. No. 6, Exhibit 1 at pp. 37-44).

2. Plaintiff's counsel is currently reviewing the most recent, and final, production of responsive documents.

3. The Parties believe that, because the records request has been satisfied, the Plaintiff's request for a Preliminary Injunction is now moot.

WHEREFORE, the Parties jointly request the following scheduling order:

1. The Parties shall file a stipulation of dismissal as to the public records count of the Plaintiff's Complaint, Count 10, by January 30, 2026, or

2. In the event that any issues related to the public records request remain unresolved,

1

the City will file any necessary motions, including motions to dismiss, by January 30, 2026.

Dated: December 19, 2025

Respectfully submitted,

| | |
|---|---|
| **PLAINTIFF,**<br>**MARWA KHUDAYNAZAR** | **DEFENDANTS,**<br>**CITY OF BOSTON, MAYOR MICHELLE WU, and OFFICER LUKE PAYNE** |
| By her attorney, | By their attorneys,<br>ADAM CEDERBAUM<br>Corporation Counsel |
| */s/ Lucas Newbill*<br>Lucas Newbill (BBO #697176)<br>Law Offices of Lucas Newbill<br>30 East Brook Rd., Ste. 201<br>Dedham, MA 02026<br>(617) 918-7567<br>lucas@lucasnewbill.com | */s/ Nicole E. Gemba*<br>Adam D. Johnson (BBO #679142)<br>Senior Assistant Corporation Counsel<br>Nicole E. Gemba (BBO #707216)<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>City Hall, Room 615<br>Boston, MA 02201<br>(617) 635-4097 (ADJ)<br>(617) 635-4048 (NEG)<br>Adam.johnson@boston.gov<br>Nicole.gemba@bostn.gov |

## Certificate of Service

I, Nicole E. Gemba, hereby certify that on December 19, 2025, a true and correct copy of this document filed through the ECF system will be sent by email to counsel for the plaintiff, Lucas Newbill.

*/s/ Nicole E. Gemba*
Nicole E. Gemba