UNITED STATES DISTRICT COURT F
OR THE DISTRICT OF MASSACHUSETTS

C.A. No. 1:25-cv-12696-ADB

**MARWA KHUDAYNAZAR**

    **Plaintiff,**

v.

**CITY OF BOSTON, MICHELLE WU, and LUKE PAYNE,**

    **Defendants.**

**STIPULATION OF DISMISSAL**
**(Count 10 Only)**

---

The Plaintiff, Marwa Khudaynazar (the "Plaintiff"), and Defendants, City of Boston (the "City"), Michelle Wu ("Mayor Wu"), and Luke Payne ("Officer Payne") (collectively, the "Parties"), hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii) to dismiss Count 10 of the Plaintiff's Complaint, alleging a violation of Massachusetts Public Records Law against the City of Boston with prejudice and without costs. The Parties have settled the issue of attorneys fees. All parties waive any rights to appeal.

The Parties agree that this stipulation is only meant to resolve the Public Records Law claims, and that they dispute all remaining claims and issues in this lawsuit.

Dated: February 2, 2026

Respectfully submitted,

| | |
|---|---|
| **PLAINTIFF,** <br> **MARWA KHUDAYNAZAR** | **DEFENDANTS,** <br> **CITY OF BOSTON, MAYOR MICHELLE WU, and OFFICER LUKE PAYNE** |
| By her attorney, | By their attorneys, <br> MICHAEL FIRESTONE <br> Corporation Counsel |
| /s/__Lucas Newbill_____ <br> Lucas Newbill (BBO #697176) <br> Law Offices of Lucas Newbill <br> 30 East Brook Rd., Ste. 201 <br> Dedham, MA 02026 <br> (617) 918-7567 <br> lucas@lucasnewbill.com | /s/__Adam Johnson_____ <br> Adam D. Johnson (BBO #679142) <br> Senior Assistant Corporation Counsel <br> Nicole E. Gemba (BBO #707216) <br> Assistant Corporation Counsel <br> City of Boston Law Department <br> City Hall, Room 615 <br> Boston, MA 02201 <br> (617) 635-4097 (ADJ) <br> (617) 635-4048 (NEG) <br> Adam.johnson@boston.gov <br> Nicole.gemba@bostn.gov |

## Certificate of Service

I hereby certify that on February 3, 2026, a true and correct copy of this document filed through the ECF system will be electronically delivered to all counsel of record.

/s/  Lucas Newbill     .