UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARWA KHUDAYNAZAR,<br>      Plaintiff,<br><br>v.<br><br>CITY OF BOSTON, MICHELLE WU, and LUKE PAYNE,<br>      Defendants. | C.A. No.   1:25-cv-12696-ADB |

## JOINT PROPOSED SCHEDULE

The Plaintiff, Marwa Khudaynazar, and the Defendant, City of Boston, (collectively the "Parties") respectfully submit the following proposed schedule pursuant to Local Rule 16.1, Fed. R. Civ. P. 26(f)(30), and this Court's order dated February 19, 2026 [Doc. No. 42]. After conferring, the Parties certify that the proposed schedule below is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

**A. Consent to Scheduling Based on Written Proposal.**

The Parties consent to the Court setting a schedule based on this submission.

**B. Proposed Pretrial Schedule:**

    1.    **Initial Disclosures.**  Initial disclosures required by Fed.R.Civ.P. 26(a)(1) must be completed by **March 27, 2026.**

2. **Amendments to Pleadings.** This Court has previously set a deadline to amend the pleadings of February 18, 2026. [Doc. No. 40]. Given this Court's prior order, the parties agree that no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed without good cause.

3. **Fact Discovery - Interim Deadlines.**

   a. **Written Discovery.** All written discovery (requests for production of documents, interrogatories, and requests for admissions) shall be served no later than **Friday**, **September 4, 2026.**

   b. **Depositions.** All depositions, other than expert depositions, must be completed by **Friday, November 6, 2026.**

4. **Fact Discovery - Final Deadline.** All discovery, other than expert discovery, must be completed by **Friday, December 4, 2026.**

5. **Status Conference.** The parties request a status conference after **December 4, 2026**, on a date for convenient for the Court.

6. **Expert Discovery.** The Parties have not determined whether they intend to engage experts. Accordingly, the Parties request that the schedule for expert discovery be set at the Status Conference.

7.     **Dispositive Motions.**  The Defendants anticipate filing dispositive motions at the close of discovery.  Accordingly, the Parties request that the briefing schedule for dispositive motions be set at the Status Conference.  Alternatively, the Parties request that dispositive motions be filed **60 days following the close of all discovery**, inclusive of any expert discovery.

**C. Magistrate Judge**.

The Parties do not consent to reassignment of this case to a magistrate judge for all purposes.

**D. Settlement Proposals**.

The Parties agree to confer regarding settlement on or before the Initial Disclosure date.

**E.  Local Rule 16.1(d)(3) Certifications**

The Parties will file Local Rule 16.1(D)(3) certifications within 30 days of today's date, or any other date so ordered by the Court.

Date:  March 5, 2026

        Respectfully submitted,

        **THE PLAINTIFF,**
        **MARWA KHUDAYNAZAR,**

        By her attorney:
        Lucas Newbill,

        */s/ Lucas Newbill*
        Lucas Newbill (BBO#697176)
        Law Offices of Lucas Newbill
        30 Eastbrook Rd., Ste. 201
        Dedham, Massachusetts 02026
        Tel. 617-918-7567
        Fax. 617-910-2514
        lucas@lucasnewbill.com

        **THE DEFENDANT,**
        **THE CITY OF BOSTON,**

        By its attorneys:

        MICHAEL FIRESTONE
        Corporation Counsel

        */s/ Adam Johnson*
        Adam Johnson (BBO#679142)
        Nicole E. Gemba (BBO#707216)
        Assistant Corporation Counsel
        City of Boston Law Department
        City Hall, Room 615
        Boston, MA 02201
        (617) 635-4097 (ADJ)
        (617) 635-4048 (NEG)
        adam.johnson@boston.gov
        nicole.gemba@boston.gov

## Certificate of Service

      I, hereby certify that on March 5, 2026, a true and correct copy of this document filed through the ECF system will be sent by email to counsel for the plaintiff, Lucas Newbill.

                                                */s/ Adam Johnson*
                                                Adam D. Johnson