**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Civil Action No. 1:25-cv-12696-ADB**

MARWA KHUDAYNAZAR,

                **Plaintiff,**

v.

CITY OF BOSTON,

                **Defendant.**

## THE PARTIES' STIPULATION AND JOINT MOTION FOR A PROTECTIVE ORDER

Marwa Khudaynazar (the "Plaintiff") and the City of Boston (the "Defendant" or "City"), (collectively, the "Parties"), by and through their respective counsel, stipulate that they have agreed to the terms of the proposed Protective Order attached hereto as **Exhibit 1** and respectfully move the Court to endorse and docket said Protective Order in the above-captioned litigation. As grounds for their motion, the Parties agree that documents relevant and central to the claims in this case are likely to include certain personal and confidential information (including medical, employment and financial information) of party and non-party employees of the City of Boston, as well as CORI information of parties and non-parties. Thus, the Protective Order is necessary to protect the privacy of these individuals and to preserve the confidentiality of their personal information.

**WHEREFORE**, the Parties respectfully request that the Court grant their motion, endorse and docket the proposed Protective Order, and grant such other and further relief as it deems just and proper.

Respectfully submitted,

| **THE PLAINTIFF,** | **THE DEFENDANT,** |
|---|---|
| **MARWA KHUDAYNAZAR,** | **THE CITY OF BOSTON,** |

By her attorney:

*/s/ Lucas Newbill*
Lucas Newbill (BBO#697176)
Law Offices of Lucas Newbill
30 Eastbrook Rd., Ste. 201
Dedham, Massachusetts 02026
Tel. 617-918-7567
Fax. 617-910-2514
lucas@lucasnewbill.com

By its attorneys:

Michael Firestone
Corporation Counsel

*/s/ Adam D. Johnson*
Adam Johnson (BBO#679142)
Nicole E. Gemba (BBO#707216)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4097 (ADJ)
(617) 635-4048(NEG)
adam.johnson@boston.gov
nicole.gemba@boston.gov

## CERTIFICATE OF SERVICE

I, Adam Johnson, hereby certify that on March 27, 2026, a true copy of the above document will be served upon all parties of record via this court's electronic filing system and to those non-registered participants via email.

*/s/ Adam Johnson*
Adam Johnson