**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MARWA KHUDAYNAZAR,
          Plaintiff,

v.

CITY OF BOSTON,
             Defendant.

**DOCKET NO. 1:25-cv-12696-ADB**

**THE PARTIES' JOINT REQUEST FOR**

**REFERRAL TO ALTERNATIVE DISPUTE RESOLUTION**

Plaintiff Marwa Khudaynazar and Defendant City of Boston (together, "the Parties") respectfully request that this matter be referred to the Court's Alternative Dispute Resolution program. The Parties request that the issue be referred to Judge Cabell, who is already assigned to this case.

1

Dated: August 7, 2026

Respectfully submitted,

**The Defendant,
CITY OF BOSTON,**

By its attorney,
Michael Firestone,
Corporation Counsel

*/s/ Adam Johnson*
Adam Johnson (BBO #679142)
Nicole E. Gemba (BBO #707216)
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
617-635-4097 (Johnson)
617-635-4048 (Gemba)
adam.johnson@boston.gov
nicole.gemba@bosotn.gov

**The Plaintiff,
MARWA KHUDAYNAZAR,**

By her attorney,
*s/ Lucas Newbill*
Lucas Newbill (BBO # 697176)
Law Offices of Lucas Newbill
30 Eastbrook Rd., Ste. 201
Dedham, MA 02026
lucas@lucasnewbill.com
Tel. 617-918-7567
Fax. 617-910-2514

2